UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN VALENCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOEHRINGER INGELHEIM FREMONT, INC., et al.,<br><br>　　　　Defendants. | Case No. 25-cv-05491-TLT<br><br>Alameda Superior Court 25-CV-121239<br><br>**ORDER DISMISSING CLASS CLAIMS WITHOUT PREJUDICE; COMPELLING PLAINTIFF'S INDIVIDUAL CLAIMS TO ARBITRATION; AND REMANDING ACTION TO STATE COURT PURSUANT TO FRCP 41(A)(1), 23(E)**<br><br>**Re: Dkt. No. 27** |

The Court, having considered the Parties' Stipulation and for good cause appearing, hereby orders that:

1. The class allegations alleged in the operative complaint are hereby dismissed without prejudice. *See*, ECF 1;

2. Plaintiff's individual claims, by stipulation, are hereby remanded to State Court; namely, Alameda Superior Court 25-CV-121239. As such, Motion to Remand filed by Plaintiff is hereby denied as MOOT. *See*, ECF 10;

and

3. Plaintiff shall submit his individual claims to arbitration pursuant to the terms of the Arbitration Agreement.

The parties agree and submit that the putative class members were not provided with formal or informal notice of the existence of this action. Plaintiff is not aware of any putative class member who, in reliance of this lawsuit, refrained from bringing a claim against Defendant similar to any of the class allegations asserted by Plaintiff. Therefore, dismissal of this Action without prejudice will not result in prejudice to any of the putative class members

All remaining dates are hereby VACATED.  *See*, ECF 21.

Upon remand, the Clerk of the Court is ordered to close and terminate the matter.

This order resolves ECF 10 and ECF 27.

**IT IS SO ORDERED.**

Dated: December 11, 2025

_____
TRINA L. THOMPSON
United States District Judge

2